COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Lesle Markle v. The State of Texas

Appellate case number:    01-13-01028-CR

Trial court case number:   1865367

Trial court:                        County Criminal Court at Law No. 12 of Harris County

Certain exhibits that were admitted into evidence at the motion to suppress hearing, held on October 3, 2013 in the above-referenced case, were omitted from the appellate record. The Court directs the Harris County District Clerk to supplement the appellate record with the following original exhibits:

1. State's Exhibit 1 (DVD/Video)

*See* TEX. R. APP P. 34.6(g)(2). The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See id.*

The original exhibit must be filed in this Court **no later than 10 days from the date of this order**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                          ☑ Acting individually     ☐ Acting for the Court

Date: December 9, 2014